UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH GOOGLE EMAIL ACCOUNT RAYLEE16688@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC. | No. MJ19-441<br><br>ORDER FOR NONDISCLOSURE<br><br>**(FILED UNDER SEAL)** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC, electronic communication service provider and/or remote computing service headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94023, not to notify any person, including the subscribers and customers of the account listed in the above-captioned warrant, of the existence or the content of the warrant for 45 days or until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

///

ORDER FOR NONDISCLOSURE OF WARRANT - 1
USAO 2018R00964

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 2705(b) that Google LLC shall not disclose the existence of the warrant, or this Order of the Court, to the listed subscriber or to any other person, for 45 days or unless and until otherwise authorized to do so by the Court, except that Google LLC may disclose the warrant to an attorney for Google LLC for the purpose of receiving legal advice. The prohibition on disclosure is lifted automatically after 45 days, unless and until otherwise authorized to do so by the Court.

IT IS FURTHER ORDERED that the Application and this Order are sealed for 45 days from the date of this Order, or until otherwise ordered by the Court.

DATED this 24th day of September, 2020.

MICHELE L. PETERSON
United States Magistrate Judge

Presented by:

*/s/ Nicholas Manheim*
NICHOLAS MANHEIM
Assistant United States Attorney

ORDER FOR NONDISCLOSURE OF WARRANT - 2
USAO 2018R00964

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970