CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with Raylee16688@gmail.com that are stored at premises controlled by Google LLC, as more fully described in Attachment A. | )<br>)<br>) Case No. MJ19-441<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____October 3, 2019____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any Magistrate Judge in this District____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: ____09/19/2019 1:30 pm____   _____
*Judge's signature*

City and state: ____Seattle, Washington____   Brian A. Tsuchida, United States Chief Magistrate Judge
*Printed name and title*

USAO #2018R00964

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: MJ 19-441 | Date and time warrant executed: 9/24/2019 | Copy of warrant and inventory left with: Google, Inc. |
|---|---|---|

Inventory made in the presence of: USPIS Tech Services - Orlowski, P.

Inventory of the property taken and name of any person(s) seized:

E-mail communications & related account information (pursuant to Attachment B) for Raylee1lob88@gmail.com.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/20/2021

*Executing officer's signature*

Katelyn R. Mitchell, US Postal Inspector
*Printed name and title*

USAO #2018R00964

# ATTACHMENT A

## Account to be Searched

The electronically stored data, information, and communications contained in, related to, and associated with, including all preserved data associated with Google email account "**Raylee16688@gmail.com**" (SUBJECT ACCOUNT), as well as all other subscriber and log records associated with the account, which are located at premises owned, maintained, controlled, or operated by Google LLC, an electronic communications services and remote computing services provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

AFFIDAVIT OF KATELYN R. MITCHELL - 52
USAO #: 2018R00964

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B

### Section I: Information to be disclosed by Google for search

To the extent that the information described in Attachments A is within the possession, custody, or control of Google LLC, including any e-mails, records, files, logs, or information that has been deleted but is still available to Google LLC, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, telephone or instrument number or other subscriber number or identity or any other unique device identifiers recorded by Google in relation to the account, detailed billing records/logs, and means and source of payment (including any credit or bank account number);

c. The types of services utilized;

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All contact lists;

AFFIDAVIT OF KATELYN R. MITCHELL - 53
USAO #: 2018R00964

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

f. All Google Drive content and/or preserved data;
g. All Picasa content and/or preserved data;
h. All Google Groups content and/or preserved data;
i. All Google Chat content and/or preserved data;
j. All GPS, Wi-Fi, or cell tower proximity records related to the account and/or account contents;
k. Account history, including any records of communications between Google and any other person about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account. This is to include records of contacts between the subscriber and Google's support services, as well as records of any actions taken by Google or subscriber in connection with the service.

AFFIDAVIT OF KATELYN R. MITCHELL - 54
USAO #: 2018R00964

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

## Section II: Information to be seized by the government

All information described above in Section I of Attachment B that constitutes evidence, fruits, or instrumentalities of the following federal offences committed on or after November 1, 2017: Distribution and Manufacturing of Controlled Substances, in violation of 21 U.S.C. § 841(a)(1), Unlawful Use of a Communication Facility to Facilitate the Distribution of Controlled Substances, in violation of 21 U.S.C. § 843(b), Conspiracy to commit these offenses in violation of 21 U.S.C. § 846, and Money Laundering, in violation of 18 U.S.C. § 1956.

a. All email or other communications, documents, records, posts, photos, and videos related to possession and/or distribution of controlled substances, the proceeds of such a crime, and/or co-conspirators of such a crime;

b. All messages, chats, documents, and profile information, attachments, or other data that serves to identify any persons who use or access the account specified, or who exercise in any way any dominion or control over the specified account;

c. Any address lists or buddy/contact lists associated with the specified account;

d. All subscriber records associated with the specified account, including name, address, local and long distance telephone connection records, or records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number of other subscriber number or identity, including any temporarily assigned network address, and means and source of payment for such service such as any credit card or bank account number;

e. Any and all other log records, including IP address captures, associated with the specified account; and

f. Any records of communications between Google and any person about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account. This is to include records of contacts

ATTACHMENT B - 2
ITEMS TO BE SEIZED

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970